JOSEPH GILROY et al., Appellants, v. JOSEPH T. FETSCH et al., Respondents.— In an action to enjoin defendants from maintaining a certain barricade across their private road and for other incidental and alternative relief, plaintiffs appeal from a judgment in favor of defendants, rendered after trial. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

In the Matter of ROY BRENNER, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— In a proceeding under article 78 of the Civil Practice Act, by which appellant sought an order directing the respondents to permit the Nassau County Alcoholic Beverage Control Board to accept appellant's application for a retail liquor store license, the proceeding was dismissed on motion made pursuant to section 1293 of the Civil Practice Act. Order unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

In the Matter of PATSY GALLO, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— In a proceeding pursuant to article 78 of the Civil Practice Act, petitioner, a tenant in a two-family house, appeals from an order which sustained a determination by respondent, granting a certificate of eviction. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

In the Matter of VICTOR GIROFFI, an Infant, Appellant. CHILDREN'S COURT OF THE COUNTY OF NASSAU, Respondent.— Appeal from a judgment of the Children's Court of the County of Nassau adjudging appellant to be delinquent and committing him to the State Agricultural and Industrial School at Industry, N. Y., and from the findings and decision of said court. Judgment affirmed, without costs. No opinion. Appeal from findings and decision dismissed. Adel, Acting P. J., Wenzel, MacCrate and Beldock, JJ., concur; Murphy, J., dissents and votes to reverse the judgment, to dismiss the petition and to vacate the warrant of commitment. [See *post*, p. 1103.]

In the Matter of HAROLD KRONENBERG, as Receiver of REGA PLUMBING & HEATING CORP., Appellant. MORRIS KARNES, Respondent.— In a proceeding to compel an attorney to account for certain moneys received by him, petitioner appeals from two orders made, respectively, on November 30 and December 23, 1953. The first order confirmed the report of an official referee and denied the petition. The second order resettled the first order, making no change in the determination. Order of December 23, 1953, affirmed, without costs. No opinion. Appeal from order of November 30, 1953, dismissed, without costs. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.